# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DAVID CLUM, JR.**
Reg. #20962-075                                                                 **PETITIONER**

**v.**             Case No. 2:18-cv-00028-KGB/JJV

**GENE BEASLEY, Warden**                                                        **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner David Clum, Jr.'s petition for writ of habeas corpus is dismissed without prejudice.

So adjudged this the 23rd day of July, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge